UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| AARON ABADI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket no. 1:22-cv-00228-GZS |
| | ) |
| WALMART, INC., et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On October 17, 2022, the United Stated Magistrate Judge filed with the Court her Recommended Decision (ECF No. 8). On October 21, 2022, Plaintiff filed his Objection to the Recommended Decision (ECF No. 9), which was also docketed as including a motion to seal the recommended decision (ECF No. 10).

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary. I also find no basis to seal or withdraw the Recommended Decision and thereby prevent the public from viewing the basis upon which this case was adjudicated. See, e.g., Does 1-3 v. Mills, 39 F.4th 20, 25 (1st Cir. 2022) ([P]ublic access is important because it allows the citizenry to monitor the functioning of our courts, thereby insuring quality, honesty and respect for our legal system.") (internal quotations and citations omitted).

It is therefore **ORDERED** that:

1. the Recommended Decision (ECF No. 8) is hereby **AFFIRMED**.

2. the claims pled in Count IV of the Complaint (ECF No. 1) against the Walmart Defendants are hereby **DISMISSED** without prejudice.

3. all other claims pled in the Complaint are hereby **DISMISSED** with prejudice.

4. to the extent Plaintiff's Objection contains a motion to seal or withdraw the Recommended Decision, that Motion (ECF No. 10) is **DENIED**.

SO ORDERED.

                                                      /s/ George Z. Singal  
                                                     United States District Judge

Dated this 31st day of October, 2022.